USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.S., *individually and on behalf of D.F., a child with a disability*,

                Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

No. 21-CV-2159 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 12, 2020, Plaintiff Y.S. filed a complaint against Defendant New York City Department of Education alleging violations of the Individuals with Disabilities Education Act. On April 9, 2021, the Court granted Defendant's request for an extension of its time to answer the Complaint, ordering a response by May 19, 2021.

Defendant has not responded to the complaint. Defendant shall do so or seek an extension by no later than May 28, 2021. If Defendant fails to do so, and Plaintiff intends to move for default judgment, Plaintiff shall do so by June 11, 2021.

SO ORDERED.

Dated:    May 21, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge