USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Y.S., individually and on behalf of D.F., a child with a disability,

       Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

       Defendant.

No. 21-CV-2159 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: June 7, 2021
    New York, New York

                    Ronnie Abrams
                    United States District Judge