UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Y.S., individually and on behalf of
D.F., a child with a disability,

      *Plaintiff,*    Case No.: 1:21-cv-02159(RA)

 -against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

      *Defendant.*

---

## ~~PROPOSED~~ JUDGMENT AWARDING PLAINTIFF'S ATTORNEYS FEES AND COSTS WITH MODIFICATIONS CONSISTENT WITH MEMORANDUM OPINION & ORDER

The Court GRANTS Plaintiff's motion for summary judgment, as well as post-judgment interest, WITH MODIFICATIONS as set forth in the Court's Memorandum Opinion and Order dated September 6, 2022:

**For the administrative component**:

1. Plaintiff is entitled to an hourly rate of $400.00 for Andrew Cuddy who billed a total of 7.8 hours for the administrative and federal action. A 20% reduction in time billed brings Mr. Cuddy's billable time to 6.2 hours. Therefore, Plaintiff is entitled to $2,496.00 in attorneys' fees for Mr. Cuddy.

2. Plaintiff is entitled to an hourly rate of $300.00 for Kevin Mendillo. Mr. Mendillo billed a total of 57.3 hours for the administrative and federal action exclusive of travel time. A 20% reduction in hours billed brings Mr. Mendillo's total billable time exclusive of travel to 45.8 hours. Therefore, Plaintiff is entitled to $13,740.00 in attorneys' fees for Mr. Mendillo.

3. Plaintiff is entitled to an hourly rate of $200.00 for Erin Murray. Ms. Murray billed a total of 52.8 hours for the federal action and did not bill any time on the administrative proceeding. A 20% reduction in hours billed brings Ms. Murray's total billable time to 42.2 hours. Therefore, Plaintiff is entitled to $8,448.00 in attorneys' fees for Ms. Murray.

4. Plaintiff is entitled to an hourly rate of $200.00 for Benjamin Kopp. Mr. Kopp billed a total of 0.5 hours for the federal action and did not bill any time on the administrative proceeding. A 20% reduction in hours billed brings Mr. Kopp's total billable time to 0.4 hours. Therefore, Plaintiff is entitled to $80.00 in attorneys' fees for Mr. Kopp.

5. Plaintiff is entitled to an hourly rate of $125.00 for senior paralegal Shobna Cuddy who billed a total of 6.0 hours for the administrative and federal action. A 20% reduction in time billed brings Mrs. Cuddy's billable time to 4.8 hours. Therefore, Plaintiff is entitled to $600.00 in fees for Mrs. Cuddy.

6. Plaintiff is entitled to an hourly rate of $100 for paralegals/non-attorney staff Allison Bunnell, Amanda Pinchak, Khrista Smith, Cailin O'Donnell, Burhan Meghezzi, Sarah Woodard, and ChinaAnn Reeve. The total time billed for these paralegal/non-attorney staff for work on the administrative and federal action was 17.1 hours. A 20% reduction brings the total paralegal/non-attorney hours to 13.7 hours. Therefore, Plaintiff is entitled to $1,370.00 in fees for paralegal/non-attorney time.

7. Plaintiff is entitled to recover one hour of travel time each way for Mr. Mendillo's travel to hearings at an hourly rate of $150.00. As Mr. Mendillo traveled to and from

New York City for one hearing, Plaintiff is entitled to $300.00 in travel time for Mr. Mendillo.

8. Plaintiff's costs for printing are reduced to .10 cents per page. This reduces Plaintiff's printing (copying) costs from $233.00 to $46.60.

9. Plaintiff is awarded costs for postage totaling $2.92.

10. Plaintiff's recovery for faxing ($70.00), lodging ($126.29), meals ($45.47), mileage ($31.06), parking ($16.00), and transportation ($187.52) is denied, reducing Plaintiff's costs for the administrative component by $476.34.

11. Plaintiff is awarded costs in the federal matter for the filing fee of $402.00.

12. The total attorneys' fees Plaintiff is entitled to is $27,034.00.

13. The total costs Plaintiff is entitled to is $451.52.

ORDERED that Plaintiff' Motion for Summary Judgement is hereby GRANTED WITH MODIFICATIONS; and it is further;

ORDERED that Plaintiff is hereby awarded attorneys' fees in the amount of $27,018.00 and costs in the amount of $451.52, with post-judgment interest thereon.

SO ORDERED.

Dated: 9/15/2022
New York, New York

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK