UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Y.S., *individually and on behalf of D.C., a child with a disability*, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendant. | 21-CV-2159 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On January 31, 2023, this matter was remanded to this Court for further proceedings following the Second Circuit's determination in *H.C., Individually, and on behalf of J.C. a child with a disability v. New York City Department of Education*, Docket No. 21-1582 and other related appeals. No later than one week after the Second Circuit has decided the appeals in 21-1582, the parties shall provide a status update and propose next steps in this matter.

SO ORDERED.

Dated: February 6, 2023
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge